Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
226 West Second Street
Flint, MI 48502

Case No.: 20−30033−jda
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Travis Ryan Wines
   6728 Maplebrook Ln
   Flint, MI 48507

Social Security No.:
   xxx−xx−7020

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

is defective as indicated:

- [x] Acceptable List of Creditors Missing
- [ ] Acceptable List of Creditors Not Uploaded
- [ ] Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- [ ] Application for Individuals to Pay the Filing Fee in Installments Missing or Non−Compliant
- [ ] Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- [x] Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- [ ] Bankruptcy Matter Civil Case Cover Sheet Missing
- [ ] Brief Missing
- [ ] Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- [ ] Chapter 13 Plan is Non−Compliant
- [ ] Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- [ ] Docket or Proof of Claim Number Missing
- [ ] Electronic Signature does not match login
- [ ] Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- [ ] List of 20 Largest Unsecured Creditors Missing
- [ ] Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- [ ] Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- [ ] Motion to Excuse Credit Counseling (109)(h)(4) Missing
- [ ] Notice of Objection to Claim Missing or Non−Compliant
- [ ] Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- [ ] Notice to Respondent Missing or Non−Compliant
- [ ] Original Signature Missing or Non−Compliant

- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Redacted Document Missing or Non−Compliant
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 1/7/20

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                            United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                              Case No. 20-30033-jda
Travis Ryan Wines                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-4          User: skoni              Page 1 of 1          Date Rcvd: Jan 07, 2020
                              Form ID: def2            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2020.
db          +Travis Ryan Wines,    6728 Maplebrook Ln,    Flint, MI 48507-4192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2020 at the address(es) listed below:
              Samuel D. Sweet    ssweet@trusteesweet.us,   jwill@trusteesweet.us;ss125@trustesolutions.net
                                                                                         TOTAL: 1