| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Travis | Ryan | Wines |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ District of

Case number (If known): 20-30033

Chapter filing under:
- [✓] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

FILED '20 JAN 8 PM1:18
US BANKRUPTCY MIE-FLNT

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[✓] The debtor(s) must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $ 83.75 | 1/21/2020 |
| $ 83.75 | 2/4/2020 |
| $ 83.75 | 2/18/2020 |
| + $ 83.75 | 3/3/2020 |

Total $ 335.

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

1/8/2020
Month / day / year

By the court: _____
United States Bankruptcy Judge

In re:                                                                 Case No. 20-30033-jda
Travis Ryan Wines                                                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-4        User: nmcca           Page 1 of 1           Date Rcvd: Jan 08, 2020
                            Form ID: pdf01        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db             +Travis Ryan Wines,    6728 Maplebrook Ln,    Flint, MI 48507-4192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
              Samuel D. Sweet    ssweet@trusteesweet.us,    jwill@trusteesweet.us;ss125@trustesolutions.net
                                                                                             TOTAL: 1