Coastal credit LLC
10333 N Meridian ST
Suite 400
Indianapoli, IN 46290

Convergent outsourcing inc
800 SW 39th st
Renton, WA 98057

Dort federal credit union
2845 Davison rd
Flint, MI 48506-3959

Fifth third bank
5050 Kingsley drive
Cincinnati, OH 45263

Kimball tirey and st john
1202 Kettner blvd
5th floor
San Diego, CA 92101-3338

Military credit services
1150 E little creek rd
Norfolk, VA 23518

National credit management
10845 Olive blvd
ste 210
Saint Louis, MO 63141-7794

Navy fcu
820 Follin lane
Vienna, VA 22180

Security credit services
2653 West oxford loop
ste 108
Oxford, MS 38655

Tracir financial services
po box 210
Reynoldsburg, OH 43068

VA debt management center
1 federal drive
suite 4500
St Paul, MN 55111