# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re: TRAVIS WINES Debtor(s) /

Case No. 20-30033
Chapter: 7
Hon. _____

## DECLARATION UNDER PENALTY OF PERJURY FOR DEBTOR(S) WITHOUT AN ATTORNEY

The debtor(s) shall answer the following questions:

1. Did you have help in preparing the documents for your bankruptcy filing : [ ]Yes [X]No

2. If you did have help, who helped you:

   Name _____
   Address _____
   City/State/Zip _____
   Telephone No. _____
   Soc. Sec. No. _____

3. If you did have help, what did you give or promise to give for this help? (Fill in all blanks)

   |  | Money | Property | Services |
   |---|---|---|---|
   | Paid | $ ___ | What ___ | What ___ |
   | Owed | $ ___ | Value $ ___ | Value $ ___ |

   Note: Per Administrative Order 10-21. The maximum allowable fee chargeable by a bankruptcy petition preparer is $100.00.

4. Did you make any payment to the preparer for Court costs in connection with filing the petition? [ ] Yes [X] No   If so, how much $ _____

I declare under penalty of perjury that the above statements are true.

*(signed)*
Debtor's Signature
TRAVIS WINES
Print Name
6728 MAPLEBROOK LN
Address
810-813-6454
Telephone No.

Debtor's Signature _____
Print Name _____
Address _____
Telephone No. _____

Bankruptcy Petition Preparer _____
Print Name _____
Address _____
Telephone No. _____

WARNING: It is a federal crime to file a document containing false information in a federal court proceeding. Penalty for false declaration; Fine of not more than $250,000 or imprisonment for not more than 5- years or both-18 U.S.C. §153 and U.S.C. §2571