UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Travis Ryan Wines

Case No. 20-30033-jda
Chapter 7
Hon Joel D. Applebaum

     Debtor.
_____/

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICE

Please take notice that in accordance with Federal Rule Bankruptcy Procedure 9010(b) the undersigned enters an Appearance in this Bankruptcy on behalf of Consumers Energy Company. Request is made that the documents filed in this case including without limitation all notices entered pursuant to Federal Rule of Bankruptcy Procedure 2002 and all other documents and pleadings of any nature be served on the undersigned at the below identified address:

Jason M. Milstone, Esq.
Consumers Energy Company
One Energy Plaza
Jackson, MI 49201
bankruptcyfilings@cmsenergy.com

Dated: March 4, 2020

/s/Jason M. Milstone
Jason M. Milstone (P53769)
Consumers Energy Company
One Energy Plaza
Jackson, MI 49201
(517) 788-1188