UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Travis Ryan Wines

Case No. 20-30033-jda
Chapter 7
Hon Joel D. Applebaum

Debtor.
_____/

## **PROOF OF SERVICE**

Patricia W. Rush, being duly sworn, deposes and says that she served **Consumers Energy Company's Notice of Appearance and Request for Notice** and this **Proof of Service** on both the attorney and the trustee of record by electronic filing through the ECF service on March 4, 2020.

/s/Patricia W. Rush
Patricia W. Rush

Subscribed and sworn to before me on March 4, 2020.

/s/Crystal L. Chacon
Crystal L. Chacon, Notary Public
State of Michigan, County of Ingham
My Commission Expires: 05/25/24
Acting in the County of Jackson