# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan
### Southern Division

**In the Matter of:**

  Travis Ryan Wines        **Debtor(s)**        **Bankruptcy No: 20-30033-jda**
                                              **Chapter 7**

## ORDER TO SHOW CAUSE
## ON DISMISSAL OF CASE FOR FAILURE TO PAY FILING FEE

The files and records of the above-entitled case reveal the debtor has failed to pay the balance of filing fee in the amount of **$335.00** as previously ordered by the Court pursuant to 28 U.S.C. Section 1930 and Bankruptcy Rule 1006.

This is to notify you that a hearing will be held on **March 25, 2020** at **9:30AM** in the Courtroom of Bankruptcy Judge Joel D. Applebaum, 226 W. Second Street, Flint, MI 48502 to show cause why the case should not be dismissed pursuant to Bankruptcy Rule 1017(b)(1) and 11 U.S.C. Section 707 (a)(2).

The debtor and the attorney for the debtor must appear at this hearing, unless the fees are paid in full prior to the hearing date. Notice must be given to the courtroom deputy that the fee has been paid. **If the fee is not paid prior to the hearing date and if the debtor and attorney for debtor fail to appear at this hearing, the case may be dismissed.**

**\*\*NO PERSONAL CHECKS, DEBIT OR CREDIT CARDS will be accepted from a debtor. Payments submitted to the clerk must be cash, cashiers' check or money order. Credit cards will only be accepted from attorneys through pay.gov.**

**Signed on March 6, 2020**



/s/ Joel D. Applebaum
_____

**Joel D. Applebaum**
**United States Bankruptcy Judge**

```
                        United States Bankruptcy Court
                        Eastern District of Michigan
```

```
In re:                                                    Case No. 20-30033-jda
Travis Ryan Wines                                         Chapter 7
          Debtor
```
## CERTIFICATE OF NOTICE

```
District/off: 0645-4          User: skoni           Page 1 of 1          Date Rcvd: Mar 06, 2020
                              Form ID: pdf01        Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db            +Travis Ryan Wines,    6728 Maplebrook Ln,    Flint, MI 48507-4192
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
          Jason M. Milstone    on behalf of Creditor   Consumers Energy Company
           bankruptcyfilings@cmsenergy.com
          Samuel D. Sweet    ssweet@trusteesweet.us,   jwill@trusteesweet.us;ss125@trustesolutions.net
                                                                              TOTAL: 2
```