Certificate Number: 11760-MIE-DE-034271445

Bankruptcy Case Number: 20-30033



11760-MIE-DE-034271445

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 24, 2020, at 11:18 o'clock AM PDT, Travis Wines completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: March 24, 2020        By:   /s/Jennifer L Walter

                            Name: Jennifer L Walter

                            Title: Teacher